**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:
Lisa M Manor
Debtor(s)

Case No: 18−30215 − WJF
Chapter 7 Case

**NOTICE OF DEFICIENCY**

On 3/14/18, a reaffirmation agreement between the debtor and Freedom Road was filed in this case.

The reaffirmation agreement filed was deficient in the following respects:

☒ The agreement was not submitted on the correct form; (Local Form 4008−1 Reaffirmation Agreement)
For the correct version of the form, see www.mnb.uscourts.gov/local−forms

☐ The reaffirmation agreement cover sheet was not submitted; (Official Form 427)
For the correct version of the form, see www.mnb.uscourts.gov/local−forms

☐ The reaffirmation agreement cover sheet was not completed;

☐ The undue hardship checkbox was not completed;

☐ Part D of the reaffirmation agreement was not completed; or

☐ Other (described below):

File as AMENDED and link to document # 11

No action, including any hearing, judicial review or approval required under 11 U.S.C. § 524, will be taken in connection with this agreement unless and until all deficiencies have been corrected.

Dated: 3/14/18

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: barbie
Deputy Clerk

**mnbreafd 6/16**